IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:03-CV-2108-MSK-MJW

JOSHUA A. PENMAN,

Plaintiff,

v.

CITY OF BOULDER, COLORADO; et al.,

Defendants.

---

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER TO ENLARGE THE DISCOVERY TIMETABLE TO FACILITATE SETTLEMENT
( Docket No 99 )

---

It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend the Scheduling Order to Enlarge the Discovery Timetable is GRANTED. The deadline for disclosure of experts is vacated and RESET to September 6, 2005. The deadline for service of interoggatories; requests for production of documents; and requests for admission is vacated and RESET to August 23, 2005.

Dated: July 28, 2005.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

ws2CF2.tmp