IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-02108-MSK-MJW

JOSHUA ALLEN PENMAN,

    Plaintiff,

v.

DRUG ENFORCEMENT ADMINISTRATION,
INTERNAL REVENUE SERVICE,
BOULDER POLICE DEPARTMENT,
BOULDER COUNTY SHERIFF'S DEPARTMENT,
LOUISVILLE POLICE DEPARTMENT,
DETECTIVE MIKE ABROMOWICH, Louisville P.D., and
DETECTIVE MARK HEMMINGHOUS, Boulder P.D.,

    Defendants.

_____

### ORDER DENYING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DETECTIVE MIKE ABROMOWICH, SERGEANT MIKE DIMOND AND DETECTIVE MARK HEMMINGHOUS

_____

**THIS MATTER** comes before the Court pursuant to Plaintiff and Defendants' Stipulation for Dismissal with Prejudice of Detective Mike Abromowich, Sergeant Mike Dimond and Detective Mark Hemminghous **(# 104)**.

1. The Plaintiff did not submit a proposed order as part of the electronic filing, nor submit a proposed order in WordPerfect (.wpd) or text (.txt) format to chambers by electronic mail. Both acts are required by D.C. Colo. ECF Proc. V.L.2.

2. The Stipulation fails to comport to the requirements set forth in Practice Standards Civil Actions (MSK) II..I

Accordingly, the Motion is **DENIED** without prejudice.

DATED this 7th day of September, 2005.

                                                  **BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge