IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-02108-MSK-MJW

JOSHUA ALLEN PENMAN,

    Plaintiff,

v.

DRUG ENFORCEMENT ADMINISTRATION,
INTERNAL REVENUE SERVICE,
BOULDER POLICE DEPARTMENT,
BOULDER COUNTY SHERIFF'S DEPARTMENT,
LOUISVILLE POLICE DEPARTMENT,
DETECTIVE MIKE ABROMOWICH, Louisville P.D., and
DETECTIVE MARK HEMMINGHOUS, Boulder P.D.,

    Defendants.

___

**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE OF
DETECTIVE MIKE ABROMOWICH, SERGEANT MIKE DIMOND AND
DETECTIVE MARK HEMMINGHOUS AND DEFENDANTS'
MOTION TO AMEND CAPTION TO REFLECT ENTRY OF COURT ORDER
DISMISSING INDIVIDUAL DEFENDANTS WITH PREJUDICE**

___

This matter comes before the Court on the parties' Stipulation for Dismissal With Prejudice of Detective Mike Abromowich, Sergeant Mike Dimond, and Detective Mark Hemminghous **(#106),** as well as on Defendants City of Louisville, Colorado's and Detective Mike Abromowich's Motion to Amend Caption to Reflect Entry of Court Order Dismissing Individual Defendants with Prejudice **(#107)**. The Court, having reviewed the Stipulation, the

Motion, the case file, and otherwise being fully apprised in the premises, finds and ORDERS as follows:

1. Any and all claims in the above captioned case, against the individual defendants, Detective Mike Abromowich, Sergeant Mike Dimond, and Detective Mark Heminghous are hereby Dismissed With Prejudice, with each party to pay their own costs and attorney fees.

2. Pursuant to *Practice Standards Civil Actions (MSK) II.I.*, the case caption shall be modified through the deletion of the individual defendants Detective Mike Abromowich, Sergeant Mike Dimond, and Detective Mark Heminghous, to reflect dismissal of claims against them.

Dated this 12th day of September, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge