IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-02108-MSK-MJW

JOSHUA ALLEN PENMAN,

    Plaintiff,

v.

City of Boulder, Colorado;
City of Louisville, Colorado; and
Boulder County Sheriff,

    Defendants.

___

**ORDER DISMISSING CLAIMS AND CLOSING CASE**
___

This matter comes before the Court on the parties' Stipulation for Dismissal With Prejudice of City of Louisville, Colorado; City of Boulder, Colorado; and the Boulder County Sheriff **(#109)**. The Court, having reviewed the Stipulation, the case file, and otherwise being fully advised, finds and orders as follows:

Any and all claims in the above captioned case, against the City of Louisville, Colorado; the City of Boulder, Colorado; and the Boulder County Sheriff are hereby Dismissed With Prejudice, with each party to pay their own costs and attorney fees.   There being no other claims

in the case, the Clerk shall close the case.

Dated this 22nd day of September, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge